1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

11
12
13
14

| | |
|---|---|
| BRIAN ALEXIS aka BLAGOY PETROV, | No. CV 14-9054-ODW (SH) |
| Plaintiff, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a *de novo* determination of the Report and Recommendation.

///

///

///

1

IT IS THEREFORE ORDERED that a Judgment be entered (1) approving and accepting the Report and Recommendation, (2) granting Defendant FBI's Motion to Dismiss, and; (3) dismissing Plaintiff's claims against the FBI without leave to amend.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendant.

DATED:   April 10, 2015

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

2