UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| BRIAN ALEXIS aka BLAGOY PETROV,<br><br>            Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br>            Defendants. | No. CV 14-9054-ODW (SH)<br><br>JUDGMENT |

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed as to the FBI without leave to amend.

DATED: April 10, 2015

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE